FBT Gibbons

**Charles H. Chevalier**
Partner
+1 973.596.4611 (t)
+1 973.639.6263 (f)
cchevalier@fbtgibbons.com

November 24, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Xeris Pharmaceuticals, Inc. v. Torrent Pharma Inc., et al.*,**
**Civil Action No. 26-cv-13654-BRM-LDW**

Dear Judge Wettre:

Our firm, together with Latham & Watkins LLP, represents Plaintiff Xeris Pharmaceuticals, Inc. ("Plaintiff") in the above-referenced matter. We write jointly with counsel for Defendants Cycle Pharmaceuticals Limited ("Cycle") and LeMed Pharmacy III, LLC and LeMed Specialty Pharmacy Arizona, LLC (collectively, "LeMed") to respectfully submit the enclosed Stipulation and Proposed Order extending the time for Cycle and LeMed to answer, reply, move, or otherwise respond to the Complaint. By Clerk's Orders entered on November 19, 2026, LeMed's and Cycle's deadlines to respond to the Complaint were extended to December 2, 2026, and December 8, 2026, respectively. (*See* ECF Nos. 16, 18.) The parties have since agreed, subject to the Court's approval, to extend that deadline for both LeMed and Cycle to December 18, 2026.

If the enclosed Stipulation and Proposed Order meets with the Court's approval, we respectfully request that Your Honor So Order it. We thank the Court for its consideration and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

Enclosure
cc: Counsel for Defendants via ECF and email.